**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-7921**

KENYA LASHAN MARTIN,

                    Petitioner – Appellant,

          v.

UNITED STATES OF AMERICA,

                    Respondent - Appellee.

Appeal from the United States District Court for the Western District of North Carolina, at Statesville.  Richard L. Voorhees, District Judge.  (5:13-cv-00128-RLV)

Submitted:  February 27, 2014        Decided:  March 5, 2014

Before NIEMEYER, KING, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Kenya Lashan Martin, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kenya Lashan Martin, a federal prisoner, appeals the district court's order denying relief on her 28 U.S.C. § 2241 (2012) petition. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. <u>Martin v. United States</u>, No. 5:13-cv-00128-RLV (W.D.N.C. Nov. 12, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>